UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PETER A. PROSTYAKOV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:05-cv-1430- SEB-VSS |
| vs. ) | |
| ) | |
| MASCO CORPORATION and ) | |
| RICHARD A. MANOOGIAN, ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

The Court, having issued its Entry on the motions before it, now grants final judgment in favor of Plaintiff and against Defendants, each party to bear its own costs.

Date: September 29, 2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Brian Edward Bailey
ICE MILLER LLP
brian.bailey@icemiller.com

Stephen Edwards Plopper
STEPHEN PLOPPER & ASSOCIATES
splopper@sploplaw.com

Michael A. Wukmer
ICE MILLER LLP
michael.wukmer@icemiller.com