UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PETER A. PROSTYAKOV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:05-cv-1430-SEB |
| vs. ) | |
| ) | |
| MASCO CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the court's Entry Granting Defendant's Motion to Reopen Case to Seek Relief from Judgment Based on Satisfaction of Judgment, Denying Defendant's Motion for Oral Argument, and Granting Defendant's Motion for an Order of Deposit and Investment,

IT IS ORDERED that this case is reopened for the purpose of entering a satisfaction of judgment;

IT IS FURTHER ORDERED that the Clerk of Court shall accept and deposit into the court's registry the deposit made by Masco Corporation in this case in the sum of $33,286.59;

IT IS FURTHER ORDERED that the Clerk shall promptly and properly invest said monies in an interest-bearing account and deduct a registry fee as a percentage of the income earned on the investment over the period such sums remain deposited, not to exceed ten percent (10%);

IT IS FURTHER ORDERED that following the aforementioned deposit by Masco, the Clerk shall issue a payment of $33,286.59 to Prostyakov.

Following Masco's deposit in accordance with this order, the court will enter an order finding that the September 29, 2006, judgment against Masco has been satisfied, thus relieving Masco from any further payments under that judgment to Prostyakov.

Masco is ORDERED to submit a proposed Order of Satisfaction of Judgment within five (5) days of its deposit of the $33,286.59.

IT IS SO ORDERED.

Date: 10/28/2008

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

2