UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PETER A. PROSTYAKOV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-cv-1430-SEB |
| ) | |
| MASCO CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT MASCO CORPORATION'S TENDER
OF PROPOSED ORDER OF SATISFACTION OF JUDGMENT**

Pursuant to the Court's Order entered October 29, 2008, Masco Corporation deposited with the Clerk of Court on November 10, 2008, a check for $33,286.59, made payable to the Clerk of Court. Further pursuant to the October 29, 2008 Order, and within five days of depositing the check for $33,286.59 with the Clerk, Masco tenders to the Court the attached proposed Order of Satisfaction of Judgment.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/ John K. Henning
    Kenneth B. Siepman, Attorney No. 15561-49
    John K. Henning, Attorney No. 25203-49
    111 Monument Circle, Suite 4600
    Indianapolis, Indiana  46204
    Telephone:  (317) 916-1300
    Facsimile:   (317) 916-9076
    *kenneth.siepman@ogletreedeakins.com*
    *john.henning@ogletreedeakins.com*

Attorneys for Defendant Masco Corporation

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2008, a copy of the foregoing *Defendant Masco Corporation's Tender Of Proposed Order Of Satisfaction Of Judgment* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Stephen E. Plopper
>STEPHEN PLOPPER & ASSOCIATES
>111 Monument Circle
>Suite 4800
>Indianapolis, Indiana  46204
>*splopper@sploplaw.com*

      /s John K. Henning

6797957.1 (OGLETREE)