UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PETER A. PROSTYAKOV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:1:05-cv-1430-SEB-VSS |
| | ) |
| MASCO CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF SATISFACTION OF JUDGMENT

On October 29, 2008, the Court entered an Amended Order [Document 82] reopening this case for the purpose of entering a satisfaction of judgment. The Court determined in its Amended Order, as well as the Entry Granting Defendant's Motion to Reopen Case to Seek Relief from Judgment Based on Satisfaction of Judgment [Document 80], that Masco owed Prostyakov the additional amount of $33,286.59, which amount had been previously tendered to Prostyakov by Masco and was refused by Prostyakov, to satisfy the judgment entered against Masco on September 29, 2006 [Document 49]. Pursuant to the Court's Order, Masco deposited with the Clerk of the Court on November 10, 2008, a check made payable to the "Clerk, U.S. District Court" in the amount of $33,286.59. The Order further directs the Clerk to issue a payment of $33,286.59 to the plaintiff, Peter Prostyakov, after Prostyakov files a motion with the Court requesting that the funds be released to him. Based on Masco's deposit in accordance with the October 28, 2008, Order,

IT IS ORDERED that Masco's two payments on February 5 and 6, 2008, totaling $1,061,534.95, and Masco's payment of $33,286.59 on November 10, 2008, have fully

satisfied the judgment that this Court entered for Prostyakov against Masco on September 29, 2006;

IT IS FURTHER ORDERED that the payments of $1,061,534.95 and $33,286.59 fully satisfy the Seventh Circuit's Order in *Prostyakov v. Masco Corp.*, 513 F.3d 716, 726 (7th Cir. 2008), including the Seventh Circuit's direction that Masco pay Prostyakov for "attorneys' fees and costs stemming from the litigation before both the district court and [the Seventh Circuit];"

IT IS FURTHER ORDERED that Prostyakov's payment to Masco of $66,400.27 on February 6, 2008, fully satisfies the judgment that this Court entered for Masco against Prostyakov on September 29, 2006;

IT IS FURTHER ORDERED that Masco and Prostyakov are relieved from any further payments or obligations under this Court's September 29, 2006, judgment or the Seventh Circuit's decision in *Prostyakov*, 513 F.3d 716; and,

IT IS FURTHER ORDERED that satisfaction of the judgment is acknowledged and the Clerk of the Court is authorized and directed to enter this Order of Satisfaction of Judgment.

Date: _____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Stephen Edwards Plopper
STEPHEN PLOPPER & ASSOCIATES
*splopper@sploplaw.com*

Kenneth B. Siepman
John K. Henning
OGLETREE DEAKINS LAW FIRM
*kenneth.siepman@ogletreedeakins.com*
*john.henning@ogletreedeakins.com*

6770956.1 (OGLETREE)